IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Docket Nos.  1:00cr46GR-003 & |
| ) | 1:00cr70GG-001 |
| ) | |
| STANLEY VERN WAHL, SR. ) | |

## ORDER MODIFYING SENTENCE

Pursuant to a pro se motion filed by defendant Stanley Vern Wahl, Sr., requesting that his original sentence imposed on February 15, 2001, be amended in order that he received Federal Bureau of Prisons credit for good time credit, the court hereby orders, without opposition from the government, that the defendant's sentence be amended as follows:

The defendant is sentenced to the custody of the Bureau of Prisons for 113 months as to case #1:00cr46GR-003 and 12 months and one day as to case #1:00cr70GG-001, the latter case number to run consecutively to case #1:00cr46GR-003. The term of supervised release as well as any special conditions imposed on February 15, 2001, remain unchanged.

So ordered this the 14th day of May, 2008.

s/ L. T. Senter, Jr.
L.T. SENTER, JR.
SENIOR U.S. DISTRICT JUDGE